UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

**RECEIVED**
BURLINGTON, VT
MAR 24 2006
CLERK'S OFFICE
U.S. DISTRICT COURT

J. Michael McMahon
Clerk

USDC D OF VERMONT

Date: 3/21/06

In Re: AOL

MDL   1500

Your Docket #

2:06-25

S.D. OF N.Y.

06-2191

*[Stamp: U.S. DISTRICT COURT DISTRICT OF VERMONT FILED 2006 MAR 24 PM 2 39 BY DEPUTY CLERK]*

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge   KRAM   for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J.Michael McMahon

*[signature]*

By:
MDL Unit

A CERTIFIED TRUE COPY

MAR 17 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

06 CV 2191

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 17 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1500

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE AOL TIME WARNER INC. SECURITIES & "ERISA" LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-4)

On December 16, 2002, the Panel transferred three civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, five additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Shirley Wohl Kram.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kram.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of December 16, 2002, 235 F.Supp.2d 1380 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Shirley Wohl Kram.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK

# SCHEDULE CTO-4 - TAG-ALONG ACTIONS
## DOCKET NO. 1500
## IN RE AOL TIME WARNER INC. SECURITIES & "ERISA" LITIGATION

**DIST. DIV. C.A. #**     **CASE CAPTION**

**ALASKA**
AK  3  06-24    Alaska Electrical Pension Fund, et al. v. AOL Time Warner Inc., et al.

**CALIFORNIA CENTRAL**
CAC  2  06-591    Southern California Lathing Industry Pension Fund, et al. v. AOL Time Warner, Inc., et al.

**CALIFORNIA EASTERN**
CAE  2  06-204    Cement Masons Pension Trust for Northern California, Inc., et al. v. AOL Time Warner, et al.

**DISTRICT OF COLUMBIA**
DC  1  06-177    I.A.M. National Pension Fund, et al. v. AOL Time Warner, Inc., et al.
DC  1  06-188    Robeco Groep N.V. for Robeco N.V., et al. v. AOL Time Warner, Inc., et al.
DC  1  06-189    Norges Bank v. AOL Time Warner, Inc., et al.
DC  1  06-236    CSS Board ABN16415 776861, et al. v. AOL Time Warner, Inc., et al.
DC  1  06-238    B.S. Pension Fund Trustee, Ltd., et al. v. AOL Time Warner, Inc., et al.

**HAWAII**
HI  1  06-78    Employees' Retirement System of the State of Hawaii v. AOL Time Warner, Inc., et al.

**ILLINOIS NORTHERN**
ILN  1  06-560    Carpenters Pension Fund of Illinois, et al. v. AOL Time Warner, Inc., et al.
ILN  1  06-565    Teachers' Retirement System of the State of Illinois v. AOL Time Warner, Inc., et al.

**KANSAS**
KS  2  06-2046    Boilermakers National Health & Welfare Fund, et al. v. AOL Time Warner, Inc., et al.

**MARYLAND**
MD  8  06-291    National Asbestos Workers Pension Fund, et al. v. AOL Time Warner, Inc., et al.

**MICHIGAN EASTERN**
MIE  2  06-10442    Wayne County Employees Retirement System v. AOL Time Warner, Inc., et al.
MIE  2  06-10454    Municipal Employees Retirement System of Michigan v. AOL Time Warner, Inc., et al.
MIE  5  06-10455    Clinton Township Police & Fire Retirement System, et al. v. AOL Time Warner, Inc., et al.

**MISSOURI EASTERN**
MOE  4  06-184    Carpenters Pension Trust Fund of St. Louis v. AOL Time Warner, Inc., et al.

**OHIO NORTHERN**
OHN  1  06-262    United Food & Commercial Workers Union Local 880-Retail Food Employers Joint Pension Fund, et al. v. AOL Time Warner, Inc., et al.

**PENNSYLVANIA EASTERN**
PAE  2  06-514    National Elevator Industry Pension Fund v. AOL Time Warner, Inc., et al.

**PENNSYLVANIA WESTERN**
PAW  2  06-124    Beaver County Retirement Board, et al. v. AOL Time Warner, Inc., et al.

**TEXAS NORTHERN**
TXN  3  06-220    Laborers National Pension Fund v. AOL Time Warner, Inc., et al.

SCHEDULE CTO-4 TAG-ALONG ACTIONS (MDL-1500)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TEXAS SOUTHERN<br>TXS 4 06-306 | Capstone Asset Management Co. v. AOL Time Warner, Inc., et al. |
| VERMONT<br>VT 2 06-25 | Vermont State Employees Retirement System, et al. v. AOL Time Warner, Inc., et al. |
| WASHINGTON WESTERN<br>WAW 2 06-169 | Carpenters Retirement Trust of Western Washington, et al. v. AOL Time Warner, Inc., et al. |
| WISCONSIN EASTERN<br>WIE 2 06-127 | Northwestern Mutual Life Foundation, Inc., et al. v. AOL Time Warner, Inc., et al. |
| WEST VIRGINIA NORTHERN<br>WVN 1 06-24 | Plumbers & Pipefitters Local 152 Pension Fund, et al. v. AOL Time Warner, Inc., et al. |
| WEST VIRGINIA SOUTHERN<br>WVS 2 06-82 | Employer-Teamsters Local Nos. 175 & 505 Pension Trust Fund, et al. v. AOL Time Warner, Inc., et al. |
| WVS 2 06-100 | The West Virginia Laborers' Trust Fund, et al. v. AOL Time Warner, Inc., et al. |